UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Almeida, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>Google, Inc., a Delaware corporation,<br><br>        Defendant._____ / | No. C08-02088<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 12, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **August 15, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 8, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: June 30, 2008                                                 RICHARD W. WIEKING,
                                                                                     Clerk of Court

                                                                                     /s/*Patty Cromwell*
                                                                                      Patty Cromwell
                                                                                      Courtroom Deputy for
                                                                                      Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Alyse Deborah Bertenthal    abertenthal@kvn.com

Brian S. Kabateck    bsk@kbklawyers.com

Alfredo Torrijos    at@kbklawyers.com, icd@kbklawyers.com