1  BRIAN S. KABATECK  SBN 152054
   RICHARD L. KELLNER  SBN 171416
2  ALFREDO TORRIJOS  SBN 222458
   KABATECK BROWN KELLNER LLP
3  644 South Figueroa Street
   Los Angeles, California  90017
4  Telephone: (213) 217-5000
   Facsimile: (213) 217-5010
5
   Attorneys for Plaintiff and the Proposed Class
6  DAVID ALMEIDA

7
   KEKER & VAN NEST, LLP
8  DARALYN J. DURIE - #169825
   DAVID J. SILBERT - #173128
9  RYAN M. KENT - #220441
   ALYSE BERTENTHAL - #253012
10 710 Sansome Street
   San Francisco, CA  94111-1704
11 Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
12
   Attorneys for Defendant
13 GOOGLE INC., a Delaware corporation

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18

| | |
|---|---|
| 19  DAVID ALMEIDA, individually and on behalf of all others similarly situated, | Case No. C 08-02088 RMW (PVTx) |
| 20                         Plaintiff, | **[PROPOSED] SCHEDULING AND CASE MANAGEMENT ORDER** |
| 21        v. | |
| 22  GOOGLE, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| 23                         Defendants. | |

1  Plaintiff David Almeida and defendant Google Inc. came on for a case management
2 conference on August 15, 2008.  Having considered the Joint Case Management Statement, the
3 arguments presented by counsel and good cause appearing therefore, the Court hereby orders as
4 follows:

## I.     ALTERNATIVE DISPUTE RESOLUTION

The parties have filed a Stipulation and Proposed Order selecting mediation as their preferred ADR process and will complete said mediation process no later than June 9, 2009.

## II.     DISCLOSURES

Google Inc. will make the disclosures required by Rule 26, Federal Rule of Civil Procedure within thirty days of the case management conference.

## III.     DISCOVERY

The parties may pursue all discovery methods available under the Federal Rules of Civil Procedure (including depositions, interrogatories, requests for admission, and requests for production) and will follow the presumptive limits set forth in those Rules, except that the Court orders the limit on depositions made by F.R.Civ.P. 30(a)(2)(A)(i) be changed from a maximum of ten depositions to an equivalent maximum hourly quota of 70 hours to be used at the discretion of each party.

The parties shall abide by the following discovery schedule:

| Date | Event |
|---|---|
| November 2, 2009 | Non-expert discovery cut-off |
| November 9, 2009 | Expert opening reports |
| November 23, 2009 | Expert opposition reports |
| December 7, 2009 | Expert reply reports |
| December 14, 2009 | Expert discovery cut-off |

### IV.   CLASS CERTIFICATION BRIEFING SCHEDULE

The following schedule shall apply to Plaintiff's anticipated motion for class certification:

| | |
|---|---|
| April 3, 2009 | Last day for Plaintiff to file and serve: (1) expert report(s) on class certification; and (2) motion for class certification. |
| May 8, 2009 | Last day for Defendant to file and serve: (1) expert report(s) on class certification; and (2) opposition to motion for class certification. |
| May 22, 2009 | Last day for Plaintiff to file and serve reply in support of motion for class certification. |
| June 19, 2009 | Hearing on motion for class certification. |

IT IS SO ORDERED.

Dated:

By: _____
   The Honorable Ronald M. Whyte
   United States District Court Judge