# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: August 15, 2008

Case No. C-08-02088-RMW        JUDGE: Ronald M. Whyte

**DAVID ALMEIDA            -V- GOOGLE, INC.**
Title

A. Torrijos                                              D. Durle
Attorneys Present (Plaintiff)                Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

## PROCEEDINGS

## CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set a hearing date on plaintiff's motion for class certification for 6/19/09 @ 9:00 AM. The Court also set a Further Case Management Conference for 6/19/09 @ 10:30 AM. The Court set discovery limits: Depositions - 70 hours per side; Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit, but narrowly tailored. Defendant to prepare order following the conference.