| | |
|---|---|
| 1 | ROBERT C. SCHUBERT S.B.N. 62684 |
| 2 | WILLIAM F. JONCKHEER S.B.N. 178748 |
|   | KIMBERLY A. KRALOWEC S.B.N. 163158 |
| 3 | DUSTIN L. SCHUBERT S.B.N. 254876 |
|   | SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP |
| 4 | Three Embarcadero Center, Suite 1650 |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 788-4220 |
|   | Facsimile: (415) 788-0161 |

*Attorneys for Plaintiff Hal K. Levitte*

BRIAN S. KABATECK S.B.N. 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER S.B.N. 171416
(rlk@kbklawyers.com)
ALFREDO TORRIJOS S.B.N. 222458
(at@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Attorneys for Plaintiff RK West, Inc.*

GUIDO SAVERI S.B.N. 22349
R. ALEXANDER SAVERI S.B.N. 173102
CADIO ZIRPOLI S.B.N. 179108
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111-5619
Telephone: (415) 217-6813
Facsimile: (415) 217-6813

*Attorneys for Plaintiff Pulaski & Middleman, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated, | **CASE NO. 08-CV-02088** |
| Plaintiff, | **Judge: Hon. Ronald M. Whyte** |
| vs. | **DECLARATION OF WILLEM F. JONCKHEER IN SUPPORT OF JOINT OPPOSITION TO GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| GOOGLE, INC., a Delaware Corporation, | |
| Defendants. | |

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Schubert Jonckheer Kolbe & Kralowec LLP, attorneys of record for plaintiff in *Levitte v. Google, Inc.,* Case No. C 08-03369 JW ("*Levitte*"). I make this declaration in support of the Joint Opposition to Google's Administrative Motion to Consider Whether Cases Should Be Related filed on behalf of plaintiffs in *Levitte, RK West, Inc. v. Google, Inc.,* Case No. C 08-03452 ("*RK West*"), and *Pulaski & Middleman, LLC v. Google, Inc.,* Case No. C 08-03888 SI ("*Pulaski*"). The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness I could competently testify regarding them.

2. Attached hereto as Exhibit 1 is a true and correct copy of a complaint captioned *Almeida v. Google, Inc.,* Case No. 08-CV-02088 ("*Almeida*") filed in the Northern District of California, pending before Judge Whyte.

3. Attached hereto as Exhibit 2 is a true and correct copy of a complaint captioned *Levitte v. Google, Inc.,* Case No. 08-CV-03369 filed in the Northern District of California, pending before Judge Ware.

4. Attached hereto as Exhibit 3 is a true and correct copy of a complaint captioned *RK West, Inc. v. Google, Inc.*, Case No. 08-CV-03452 filed in the Northern District of California, pending before the Judge Whyte.

5. Attached hereto as Exhibit 4 is a true and correct copy of a complaint captioned *Pulaski & Middleman, LLC v. Google, Inc.,* Case No. 08-CV-03888 filed in the Northern District of California, pending before Judge Ilston.

6. Attached hereto as Exhibit 5 is a true and correct copy of a complaint captioned *CLRB Hanson Ind. v. Google, Inc.*, Case No. 05-CV-03649-JW, pending before Judge Ware.

7. *Levitte, RK West* and *Pulaski* are all putative class actions on behalf of Google AdWords customers who assert claims arising from the "parked domain" aspect of the AdWords program.

8. *Almeida* is a putative class action on behalf of Google AdWords customers who assert claims arising from the "CPC content bid" aspect of the AdWords program.

**DECLARATION OF WILLEM F. JONCKHEER IN SUPPORT OF JOINT OPPOSITION TO GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**     **1**

9. On August 29, 2008, *RK West* filed an administrative motion asking the Court to consider whether *Levitte, RK West* and *Pulaski* are related cases.

10. On September 2, 2008, *Pulaski* filed an administrative motion asking the Court to consider whether *Levitte, RK West* and *Pulaski* are related cases.

11. On September 3, 2008, *Levitte* filed an administrative motion asking the Court to consider whether *Levitte, RK West* and *Pulaski* are related cases.

12. On September 4, 2008, Google filed an Opposition to *RK West*'s administrative motion concurrently with its own administrative motion asking the Court to consider whether *Almeida, Levitte, RK West* and *Pulaski* are related cases.

13. On September 8, 2008, Google filed a Consolidated Opposition to *Levitte*'s and *Pulaski*'s administrative motions.

14. Plaintiffs and Google all agree that *Levitte, RK West* and *Pulaski* are related cases.

15. Google bases its argument for relating the four putative class actions on the fact that each involves the AdWords program. However, as explained in the accompanying memorandum, Google fails to address, in both its opposition and administrative motion, how the parked domain aspect of AdWords at issue in *Almeida* can logically be said to be substantially similar to the parked domain aspect of AdWords at issue in *Levitte, RK West* and *Pulaski.*

16. Google argues that *Almeida* is the low-numbered case for purposes of the local rule. However, because *Almeida* does not deal with the substantially the same parties as those in *Levitte, RK West*, and *Pulaski*, and because the issues in *Almeida* do not arise from a substantially similar transaction or event as those in the other three putative class actions, the low-numbered cases for purposes of relating is the *Levitte* case, and not *Almeida.* Therefore, if the Court relates *Levitte, RK West*, and *Pulaski,* then the appropriate Judge to hear the cases is Judge Ware, and not Judge Whyte.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of September, 2008 at San Francisco, California.

/s/ *Willem F. Jonckheer*

Willem F. Jonckheer