1

2

3

4                                                    **E-FILED on** __09/29/08__

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   DAVID ALMEIDA, individually and on behalf      No. C-08-02088 RMW
     of all others similarly situated,
13
                          Plaintiff,
14                                                  ORDER DENYING DEFENDANT'S
            v.                                      ADMINISTRATIVE REQUEST TO RELATE
15                                                  CASES
     Google, INC., a Delaware Corporation; and     **[Re Docket No. 16]**
16   Does 1 through 10, inclusive,

17                          Defendants.

18

19          Defendant Google moves to relate this action with *RK West v. Google, Inc.*, Case No. C-08-

20   03452 RMW, *Pulaski & Middleman, LLC v. Google, Inc.*, Case No. C-08-0388 SI, and *Levitte v.*

21   *Google, Inc.*, Case No. C-08-3369 JW.  All parties agree that the three cases sought here to be

22   related are themselves related. Therefore, the only question for the court is whether those cases

23   relate to the instant one, which bears the lowest docket number.

24          It appears that, though in all four cases the defendant is Google and the case concerns the

25   Adwords program, the similarity ends there. *RK West, Pulaski & Middleman*, and *Levitte* all deal

26   with Google ads posted on "parked domains" and "error pages," whereas this case concerns Google

27   charging customers for content ads who, during the Adwords bidding process, left the "CPC content

28   bid" input blank. Furthermore, the proposed class in this case does not appear to overlap with the

ORDER DENYING DEFENDANT'S ADMINISTRATIVE REQUEST TO RELATE CASES—No. C-08-02088 RMW
JAS

United States District Court
For the Northern District of California

1  proposed classes in *RK West, Pulaski & Middleman*, and *Levitte*. *See* Joint Opp'n to Mot. to

2  Consider Whether Cases Should Be Related, 2-3.

3      This order only determines that *Almeida* is not related to *RK West, Pulaski & Middleman*,

4  and *Levitte*. It does not determine whether those cases are related to each other. That issue is before

5  Judge Ware, whose *Levitte* case has the lowest docket number of the three.

6      Accordingly, the court denies defendant's motion to relate.

7

8  DATED:      09/29/08

9                                        RONALD M. WHYTE
                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Daralyn J. Durie              ddurie@kvn.com

David Jason Silbert           djs@kvn.com

Ryan Marshall Kent            rkent@kvn.com

Alyse Deborah Bertenthal      abertenthal@kvn.com

Leo Patrick Norton            lnorton@cooley.com

**Counsel for Defendants:**

Alfredo Torrijos              at@kbklawyers.com

Brian S. Kabateck             bsk@kbklawyers.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    09/29/08                                    JAS
                                          **Chambers of Judge Whyte**