| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated, | Case No. 08-cv-02088 RMW (PVT) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC. a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On October 1, 2008 I served the **ORDER DENYING DEFENDANT'S ADMINISTRATIVE REQUEST TO RELATE CASES** via U.S. Mail on the following:

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
Saveri & Saveri Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111
*Attorneys for Plaintiff Pulaski & Middleman, LLC*

Terry Gross
Adam C. Belsky
Monique Alonso
Gross Belsky Alonso LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104
*Attorneys for Plaintiff Pulaski & Middleman, LLC*

Brian S. Kabateck
Richard L Kellner
Alfredo Torrijos
Kabateck Brown Kellner, LLP
644 S. Figueroa Street
Los Angeles, CA 90017
*Attorneys for Plaintiff RK West, Inc.*

*Attorneys for Plaintiff David Almeida*

Erik Swen Syverson
Pick & Boydston, LLP
1000 Wilshire Boulevard
Suite 600
Los Angeles, CA 90017
*Attorneys for Plaintiff RK West, Inc.*

*Attorneys for Plaintiff David Almeida*

Robert C. Schubert
Willem F. Jonckheer
Kimberly Ann Kralowec
Schubert Jonckheer Kolbe & Kralowec LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
*Attorneys for Plaintiff Hal K. Levitte*

I hereby certify that on October 1, 2008, I filed this **CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Alyse Deborah Bertenthal**
  abertenthal@kvn.com,efiling@kvn.com,kxs@kvn.com
- **Daralyn J. Durie**
  ddurie@kvn.com,efiling@kvn.com,smitra@kvn.com,sbrock@kvn.com,dmiller@kvn.com
- **Brian S. Kabateck**
  bsk@kbklawyers.com

1.

CERTIFICATE OF SERVICE
08-CV-02088 RMW (PVT)

- **Ryan Marshall Kent**
  rkent@kvn.com,mcanales@kvn.com,efiling@kvn.com
- **David Jason Silbert**
  djs@kvn.com,efiling@kvn.com,aap@kvn.com
- **Alfredo Torrijos**
  at@kbklawyers.com,icd@kbklawyers.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California upon the following:

Richard L. Kellner
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90017

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

605531 /SD