KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.


BRIAN S. KABATECK  SBN 152054
RICHARD L. KELLNER  SBN 171416
ALFREDO TORRIJOS  SBN 222458
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff
DAVID ALMEIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 08-02088 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

| | |
|---|---|
| 1 | WHEREAS, at the case management conference on August 15, 2008, the parties jointly |
| 2 | submitted a proposed schedule which the Court subsequently adopted; |
| 3 | WHEREAS, since that time, the parties have been diligently pursuing discovery; |
| 4 | WHEREAS, discovery in this matter is taking longer than the parties originally |
| 5 | anticipated; |
| 6 | WHEREAS, Google has to date produced approximately 180,000 pages of documents, |
| 7 | but believes that additional information still remains to be identified, collected, and produced in |
| 8 | response to Plaintiff's document requests; |
| 9 | WHEREAS, no previous extensions to the case schedule have been requested; |
| 10 | NOW THEREFORE, pursuant to the agreement of the parties: |
| 11 | IT IS HEREBY STIPULATED THAT, the Scheduling and Case Management Order |
| 12 | should be amended to adjust the dates by approximately 120 days, with new dates set as follows: |

- Plaintiff shall file and serve (1) any expert report(s) on class certification; and (2) his motion for class certification no later than August 3, 2009.
- Defendant shall file and serve (1) any expert report(s) on class certification; and (2) its opposition to class certification no later than September 4, 2009.
- Plaintiff shall file and serve his reply in support of the motion for class certification no later than September 21, 2009.
- The parties shall conduct a mediation on or before October 9, 2009.
- The hearing on Plaintiff's motion for class certification before the Court shall take place on October 19, 2009, or at another date set by the Court.
- Non-expert discovery shall be completed no later than March 2, 2010.
- Expert opening reports shall be submitted by March 9, 2010.
- Expert opposition reports shall be submitted by March 23, 2010.
- Expert reply reports shall be submitted by April 6, 2010.
- Expert discovery shall be completed no later than April 13, 2010.

SO STIPULATED.

Dated: _____   KABATECK BROWN KELLNER LLP


By: /s/ Alfredo Torrijos _____
    ALFREDO TORRIJOS
    Attorneys for Plaintiff and the
    Proposed Class
    DAVID ALMEIDA

Dated: _____   KEKER & VAN NEST, LLP


By: /s/ David J. Silbert _____
    DAVID J. SILBERT
    Attorneys for Defendant
    GOOGLE INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2009


_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA