KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

BRIAN S. KABATECK  SBN 152054
RICHARD L. KELLNER  SBN 171416
ALFREDO TORRIJOS  SBN 222458
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010                    *E-FILED - 4/2/09*

Attorneys for Plaintiff
DAVID ALMEIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No. C 08-02088 RMW<br><br>**STIPULATION AND []**<br>**ORDER MODIFYING CASE SCHEDULE** |

Dockets.Justia.com

1    WHEREAS, at the case management conference on August 15, 2008, the parties jointly

2 submitted a proposed schedule which the Court subsequently adopted;

3    WHEREAS, since that time, the parties have been diligently pursuing discovery;

4    WHEREAS, discovery in this matter is taking longer than the parties originally

5 anticipated;

6    WHEREAS, Google has to date produced approximately 180,000 pages of documents,

7 but believes that additional information still remains to be identified, collected, and produced in

8 response to Plaintiff's document requests;

9    WHEREAS, no previous extensions to the case schedule have been requested;

10    NOW THEREFORE, pursuant to the agreement of the parties:

11    IT IS HEREBY STIPULATED THAT, the Scheduling and Case Management Order

12 should be amended to adjust the dates by approximately 120 days, with new dates set as follows:

13    • Plaintiff shall file and serve (1) any expert report(s) on class certification; and

14      (2) his motion for class certification no later than August 3, 2009.

15    • Defendant shall file and serve (1) any expert report(s) on class certification; and

16      (2) its opposition to class certification no later than September 4, 2009.

17    • Plaintiff shall file and serve his reply in support of the motion for class

18      certification no later than September 21, 2009.

19    • The parties shall conduct a mediation on or before October 9, 2009.

20    • The hearing on Plaintiff's motion for class certification before the Court shall take

21      place on October 23, 2009, or at another date set by the Court.

22    • Non-expert discovery shall be completed no later than March 2, 2010.

23    • Expert opening reports shall be submitted by March 9, 2010.

24    • Expert opposition reports shall be submitted by March 23, 2010.

25    • Expert reply reports shall be submitted by April 6, 2010.

26    • Expert discovery shall be completed no later than April 13, 2010.

27

28

SO STIPULATED.

Dated: _____          KABATECK BROWN KELLNER LLP


                                    By: /s/ Alfredo Torrijos _____
                                        ALFREDO TORRIJOS
                                        Attorneys for Plaintiff and the
                                        Proposed Class
                                        DAVID ALMEIDA

Dated: _____          KEKER & VAN NEST, LLP


                                    By: /s/ David J. Silbert_____
                                        DAVID J. SILBERT
                                        Attorneys for Defendant
                                        GOOGLE INC.

## [] ORDER

IT IS SO ORDERED.


Dated: _ 4/2 _____, 2009

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA