1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DAVID ALMEIDA,                          *E-FILED - 6/17/09*

11           Plaintiff,                       CASE NO.: C-08-02088-RMW

12        v.                                  **CLERK'S NOTICE OF CONTINUANCE
                                              OF CASE MANAGEMENT
13   GOOGLE, INC.,                            CONFERENCE**

14           Defendant.

15

16        PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

17   matter which was previously set for June 19, 2009, has been continued to **October 23, 2009 @**

18   **10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6,

19   4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to

20   file a Joint Case Management Statement by October 16, 2009.

21        If the above-entitled matter settles counsel are required to notify the Court by contacting the

22   Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

23

24

25

26   DATED:  June 17, 2009

27                                           _____
                                                   JACKIE GARCIA
28                                               Courtroom Deputy for
                                             Honorable Ronald M. Whyte

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copy of Order E-Filed to Counsel of Record: