

BRIAN S. KABATECK,  SBN 152054
RICHARD L. KELLNER,  SBN 171416
ALFREDO TORRIJOS,  SBN 222458
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff
DAVID ALMEIDA


CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated, | CASE NO. CV 08-02088 RMW |
| | HON. RONALD M. WHYTE |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO CONDUCT MEDIATION** |
| GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

— 1 —

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO
CONDUCT MEDIATION (CV 08-02088 RMW)**

1    Through this Stipulation, and for the reasons set forth below, plaintiff David

2    Almeida ("Plaintiff") and defendant Google Inc. ("Defendant") stipulate to vacate

3    the deadline to for the parties to conduct mediation:

4    WHEREAS, on or about April 2, 2009, the Court entered a Case

5    Management Order setting the deadline for the parties to conduct mediation on

6    October 9, 2009;

7    WHEREAS, the parties and the Mediator agreed to conduct mediation on

8    September 28, 2009;

9    WHEREAS, the parties agreed to submit Mediation Statements to the

10   Mediator on September 18, 2009;

11   WHEREAS, on September 11, 2009, Plaintiff filed a motion for leave to file

12   a first amended complaint and to set a case management conference;

13   WHEREAS, the earliest the Court can hear Plaintiff's motion is on October

14   30, 2009;

15   WHEREAS, the parties are in agreement that a mediation prior to the

16   determination of Plaintiff's motion for leave to file an amended complaint will be

17   ineffective and an inefficient use of counsels' and the mediator's time.

18   IT IS HEREBY STIPULATED AND AGREED that the deadline for the

19   parties to conduct mediation should be vacated and a new deadline be set following

20   a decision on Plaintiff's motion for leave to file an amended complaint, if

21   applicable.

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO
CONDUCT MEDIATION (CV 08-02088 RMW)**

SO STIPULATED.

Dated:  September 11, 2009          KABATECK BROWN KELLNER LLP


                                    By:  /s/ Michael V. Storti
                                        Michael V. Storti
                                        Attorneys for Plaintiff

Dated:  September 11, 2009          KEKER & VAN NEST LLP


                                    By:  /s/ David J. Silbert
                                        David J. Silbert
                                        Attorneys for Defendant


## [PROPOSED] ORDER

    IT IS SO ORDERED.

Dated:  _____, 2009


                           _____
                           HON. RONALD M. WHYTE
                           UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO CONDUCT MEDIATION (CV 08-02088 RMW)**