| | |
|---|---|
| 1 | BRIAN S. KABATECK,  SBN 152054 |
| 2 | RICHARD L. KELLNER,  SBN 171416<br>ALFREDO TORRIJOS,  SBN 222458 |
| 3 | KABATECK BROWN KELLNER LLP<br>644 South Figueroa Street |
| 4 | Los Angeles, California  90017<br>Telephone: (213) 217-5000 |
| 5 | Facsimile: (213) 217-5010 |
| 6 | Attorneys for Plaintiff<br>DAVID ALMEIDA |
| 7 | |
| 8 | CHRISTA M. ANDERSON - #184325<br>DAVID J. SILBERT - #173128 |
| 9 | ALYSE BERTENTHAL - #253012<br>KEKER & VAN NEST, LLP |
| 10 | 710 Sansome Street<br>San Francisco, CA  94111 |
| 11 | Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 |
| 12 | Attorneys for Defendant<br>GOOGLE INC. |

*E-FILED - 9/25/09*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 08-02088 RMW<br><br>HON. RONALD M. WHYTE<br><br>**STIPULATION AND [] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO CONDUCT MEDIATION** |

— 1 —

**STIPULATION AND [] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO
CONDUCT MEDIATION (CV 08-02088 RMW)**

Dockets.Justia.com

1  Through this Stipulation, and for the reasons set forth below, plaintiff David
2  Almeida ("Plaintiff") and defendant Google Inc. ("Defendant") stipulate to vacate
3  the deadline to for the parties to conduct mediation:

4  WHEREAS, on or about April 2, 2009, the Court entered a Case
5  Management Order setting the deadline for the parties to conduct mediation on
6  October 9, 2009;

7  WHEREAS, the parties and the Mediator agreed to conduct mediation on
8  September 28, 2009;

9  WHEREAS, the parties agreed to submit Mediation Statements to the
10 Mediator on September 18, 2009;

11 WHEREAS, on September 11, 2009, Plaintiff filed a motion for leave to file
12 a first amended complaint and to set a case management conference;

13 WHEREAS, the earliest the Court can hear Plaintiff's motion is on October
14 30, 2009;

15 WHEREAS, the parties are in agreement that a mediation prior to the
16 determination of Plaintiff's motion for leave to file an amended complaint will be
17 ineffective and an inefficient use of counsels' and the mediator's time.

18 IT IS HEREBY STIPULATED AND AGREED that the deadline for the
19 parties to conduct mediation should be vacated and a new deadline be set following
20 a decision on Plaintiff's motion for leave to file an amended complaint, if
21 applicable.

— 2 —

**STIPULATION AND [] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO CONDUCT MEDIATION (CV 08-02088 RMW)**

SO STIPULATED.

Dated: September 11, 2009    KABATECK BROWN KELLNER LLP


                             By: /s/ Michael V. Storti
                                 Michael V. Storti
                                 Attorneys for Plaintiff

Dated: September 11, 2009    KEKER & VAN NEST LLP


                             By: /s/ David J. Silbert
                                 David J. Silbert
                                 Attorneys for Defendant

## [] ORDER

IT IS SO ORDERED.

Dated: _9/25_____, 2009

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— 3 —

**STIPULATION AND [] ORDER TO VACATE THE DEADLINE FOR THE PARTIES TO CONDUCT MEDIATION (CV 08-02088 RMW)**