KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-02088 RMW<br><br>**DECLARATION OF DAVID J. SILBERT IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND TO SET NEW CASE MANAGEMENT CONFERENCE**<br><br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Dept: 6<br>Judge: Hon. Ronald M. Whyte<br><br>Date Comp. Filed: April 22, 2008<br><br>Trial Date: None set. |

SILBERT DECL. ISO GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND TO SET NEW CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02088 RMW

451846.01

Dockets.Justia.com

I, David J. Silbert, declare and state that:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner in the law firm of Keker & Van Nest LLP and counsel for Google Inc. ("Google"), defendant in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Google Inc.'s verified Objections and Responses to Plaintiff's First Set of Interrogatories.

3. On or about May 1, 2009, Mr. Almeida served his Responses to Google's First Set of Interrogatories and First Set of Requests for Production of Documents. True and correct copies of these responses are attached as Exhibit B and C hereto. As can be seen from Exhibit B, Mr. Almeida objected to all of the interrogatories. He also failed to produce any documents.

4. On or about June 5, 2009, I spoke with about Michael Storti, counsel for Mr. Almeida regarding Mr. Almeida's discovery responses. Mr. Storti explained that he had not provided any substantive responses, nor produced any documents, because Mr. Almeida intended to withdraw from the case. Mr. Storti requested that Google stipulate to an amended complaint that would substitute a new named plaintiff for Mr. Almeida. Google declined to do so.

5. After Google drew Mr. Almeida's attention to *Lierboe v. State Farm Mutual Automobile Insurance Co.*, 350 F.3d 1018 (9th Cir. 2003), Mr. Almeida agreed that dismissal, not amendment, was the appropriate way to dispose of this action.

6. On or about July 16, 2009, Mr. Storti forwarded me a proposed stipulation to dismiss the action. A true and correct copy is attached hereto as Exhibit D. Mr. Almeida's proposed stipulation required that "each party shall bear his or its own attorneys' fees, costs and expenses" and also that Google "will not seek or pursue a malicious prosecution claim against Plaintiff arising from or in connection with this Action."

7. As a gesture of good faith, Google offered not to seek its costs as the prevailing party in the action. Google declined, however, to waive any claims against Mr. Almeida.

//

//

1

SILBERT DECL. ISO GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND TO SET NEW CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02088 RMW

451846.01

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed on October 9, 2009 in San Francisco, California.

By: /s/ David Silbert
David J. Silbert

2
SILBERT DECL. ISO GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A
FIRST AMENDED COMPLAINT AND TO SET NEW CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02088 RMW

451846.01