KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. C 08-02088 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Hon. Ronald M. Whyte<br><br>Date Comp. Filed:　　April 22, 2008<br><br>Trial Date:  None set. |

## **STIPULATION**

WHEREAS, a Case Management Conference in this case is currently set for October 23, 2009;

WHEREAS, plaintiff's Motion to Amend the Complaint to substitute a new class representative, and also to schedule a new Case Management Conference [Doc. #27], is set for hearing a week later, on October 30, 2009;

WHEREAS, Google opposes plaintiff's Motion;

WHEREAS, the parties agree that it would be most efficient for both the Court and the parties for the Court to decide plaintiff's Motion before considering case management issues, as a Case Management Conference will be unnecessary if the Court denies plaintiff's Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1.  The Case Management Conference currently set for October 23, 2009 should be taken off calendar;

2.  If the Court grants plaintiff's Motion to Amend, it may then set a new Case Management Conference; and

3. If the Court denies plaintiff's Motion to Amend, no further Case Management Conference will be necessary.

Dated: October 14, 2009                           KEKER & VAN NEST, LLP


By: ___/s/ *David J. Silbert*___
David J. Silbert
Attorneys for Defendant
GOOGLE INC., a Delaware corporation

Dated: October 14, 2009                           KABATECK BROWN KELLNER LLP


By: ___/s/ *Michael v. Storti*___
Michael V. Storti
Attorneys for Plaintiff DAVID ALMEIDA

## [PROPOSED] ORDER

IT IS SO ORDERED.

The Case Management Conference currently set for October 23, 2009 is hereby VACATED.

Dated:


By: _____
Honorable Ronald M. Whyte
United States District Judge