KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
ALYSE BERTENTHAL - #253012
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC., a Delaware corporation

*E-FILED - 10/15/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No. C 08-02088 RMW<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Ronald M. Whyte<br><br>Date Comp. Filed:     April 22, 2008<br><br>Trial Date: None set. |

# STIPULATION

WHEREAS, a Case Management Conference in this case is currently set for October 23, 2009;

WHEREAS, plaintiff's Motion to Amend the Complaint to substitute a new class representative, and also to schedule a new Case Management Conference [Doc. #27], is set for hearing a week later, on October 30, 2009;

WHEREAS, Google opposes plaintiff's Motion;

WHEREAS, the parties agree that it would be most efficient for both the Court and the parties for the Court to decide plaintiff's Motion before considering case management issues, as a Case Management Conference will be unnecessary if the Court denies plaintiff's Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1. The Case Management Conference currently set for October 23, 2009 should be taken off calendar;

2. If the Court grants plaintiff's Motion to Amend, it may then set a new Case Management Conference; and

3. If the Court denies plaintiff's Motion to Amend, no further Case Management Conference will be necessary.

Dated: October 14, 2009                             KEKER & VAN NEST, LLP


By: _____/s/ *David J. Silbert*_____
David J. Silbert
Attorneys for Defendant
GOOGLE INC., a Delaware corporation

Dated: October 14, 2009                             KABATECK BROWN KELLNER LLP


By: _____/s/ *Michael v. Storti*_____
Michael V. Storti
Attorneys for Plaintiff DAVID ALMEIDA


### [] ORDER

IT IS SO ORDERED.

The Case Management Conference currently set for October 23, 2009 is hereby VACATED.

Dated: 10/15/09


By: *Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge