1  BRIAN S. KABATECK, SBN 152054
  (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
  (rlk@kbklawyers.com)
3  ALFREDO TORRIJOS, SBN 222458
  (at@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
644 South Figueroa Street
5  Los Angeles, California 90017
Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  Attorneys for Plaintiff
David Almeida

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 08-02088 RMW<br><br>HON. RONALD M. WHYTE<br><br>**DECLARATION OF MICHAEL V. STORTI IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND TO SET NEW CASE MANAGEMENT CONFERENCE**<br><br>Hearing<br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Courtroom: 6 |

**DECLARATION OF MICHAEL V. STORTI**

    I, Michael V. Storti, declare as follows:

    1.    I am over the age of 18 and a resident of California. I make this declaration of my personal and first-hand knowledge, and, if called and sworn as a witness, I would and could testify competently hereto.

---

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (CV 08-02088 RMW)**

2. I am an attorney admitted to practice in the state California. I am an associate at the law firm of Kabateck Brown Kellner LLP and I am one of the attorneys representing plaintiff David Almeida ("Plaintiff") in this action.

3. Attached hereto as Exhibit "A" is a true and correct copy of an email exchange between David Silbert, counsel for Google, and myself. On August 10, 2009, Mr. Silbert sent a revised stipulation of dismissal. The revised stipulation does not contain a provision waiving Google's claims against Plaintiff. It does, however, include language stating that Plaintiff lacks standing and that the claim must be dismissed pursuant to *Lierboe v. State Farm Mut. Auto. Ins. Co.*, 350 F.3d 1018 (9th Cir.). On August 11, 2009, I responded with Plaintiff's revisions to the proposed stipulation, which removed the provisions dealing with Plaintiff's standing and *Lierboe*. Plaintiff's revisions did not include any waiver of Google's claims against Plaintiff.

4. Attached hereto as Exhibit "B" is a true and correct copy of the attachment to the email the August 11, 2009 email that is Exhibit A to this declaration. Exhibit B shows Plaintiff's revisions to the stipulation of dismissal proposed by Google.

5. Attached hereto as Exhibit "C" is a true and correct copy of an email from Mr. Silbert, dated August 13, 2009, in which he does not agree to Plaintiff's revisions to the proposed stipulation of dismissal and suggests that Plaintiff file a motion.

I declare under penalty of perjury that the foregoing is true and correct, executed on October 16, 2009 in Los Angeles, California.

/s/
Michael V. Storti

— 2 —

**DECLARATION OF MICHAEL V. STORTI IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (CV 08-02088 RMW)**

**EXHIBIT A**

## Michael Storti

| | |
|---|---|
| **From:** | Michael Storti |
| **Sent:** | Tuesday, August 11, 2009 4:53 PM |
| **To:** | 'David Silbert' |
| **Subject:** | RE: Almeida v. Google |
| **Attachments:** | Stipulation (KBK edits).DOC |

David,

Attached are plaintiff's revisions to the stipulation.  Let me know if these are acceptable.

Thanks,

Michael Storti
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA  90017
(213) 217-5000 (main)
(213) 217-5013 (direct)
(213) 217-5010 (fax)
www.kbklawyers.com
ms@kbklawyers.com

---

**From:** David Silbert [mailto:DSilbert@KVN.com]
**Sent:** Monday, August 10, 2009 3:01 PM
**To:** Michael Storti
**Subject:** Almeida v. Google

Hi Michael:

Here's a revised proposed stipulation, which I think you'll be happy with.  If so, you can sign for us and file.  Give me a call if you'd like to discuss.

**David J. Silbert**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
dsilbert@kvn.com
www.kvn.com

This message is intended only for the use of the people to whom it is addressed.  The message is confidential, and may contain attorney-client information, attorney work product or other privileged information.  If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is prohibited.  If you received this message in error, please notify the sender by hitting the "Reply" button, then delete the message.

10/13/2009

# EXHIBIT B

Case5:08-cv-02088-RMW   Document36   Filed10/16/09   Page5 of 11

1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  ALFREDO TORRIJOS, SBN 222458
   (at@kbklawyers.com)
4  KABATECK KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, California  90017
   Telephone: (213) 217-5000
6  Facsimile:  (213) 217-5010

7  Attorneys for Plaintiff
   and the Proposed Class
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No. C 08-02088 RMW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Judge:     Hon. Ronald M. Whyte |

1     Through this Stipulation, and for the reasons set forth below, plaintiff David Almeida
2 ("Plaintiff") and defendant Google, Inc. ("Defendant") stipulate to the dismissal, with prejudice,
3 of Plaintiff's claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1):
4     WHEREAS, on or about April 22, 2008, Plaintiff commenced the above captioned action
5 on behalf of himself and a putative class;
6     WHEREAS, on or about July 14, 2008, Defendant filed its answer;
7     ~~WHEREAS, the parties have determined that Plaintiff was never himself a member of the~~
8 ~~class that he seeks to represent;~~
9     ~~WHEREAS, the parties agree that under *Lierboe v. State Farm Mutual Automobile*~~
10 ~~*Insurance Co.*, 350 F.3d 1018, 1023 (9th Cir. 2003), the appropriate course under these~~
11 ~~circumstances is dismissal of the action;~~
12     WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) allows for voluntary dismissal without court
13 order by a stipulation signed by all parties who have appeared; and
14     WHEREAS, the putative class has not been certified.
15     IT IS HEREBY STIPULATED AND AGREED that Plaintiff dismisses his claims
16 against Defendant, with prejudice.
17     IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs
18 accrued or incurred in connection with the above captioned action.

Dated: August ___, 2009                           KABATECK BROWN KELLNER LLP

                                                          By: _____
                                                              Alfredo Torrijos
                                                              Attorneys for Plaintiff

Dated: August ___, 2009                           KEKER & VAN NEST, LLP

                                                          By: _____
                                                          David J. Silbert
                                                          Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

## Michael Storti

| | |
|---|---|
| **From:** | David Silbert [DSilbert@KVN.com] |
| **Sent:** | Thursday, August 13, 2009 9:52 AM |
| **To:** | Michael Storti |
| **Subject:** | FW: Almeida v. Google |
| **Attachments:** | Stipulation (KBK edits).DOC |

Michael:

We agreed to waive costs, but we think the recitals need to stay in the stipulation.  The attached version adds them back (and also deletes the erroneous comma in the first paragraph).  If we can't agree on this, it's probably best that you file a motion, since we've been through several iterations at this point.  I'm around today, so give me a call if you'd like to discuss.

Thanks.

---

**From:** Michael Storti [mailto:ms@kbklawyers.com]
**Sent:** Tuesday, August 11, 2009 4:53 PM
**To:** David Silbert
**Subject:** RE: Almeida v. Google

David,

Attached are plaintiff's revisions to the stipulation.  Let me know if these are acceptable.

Thanks,

Michael Storti
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA  90017
(213) 217-5000 (main)
(213) 217-5013 (direct)
(213) 217-5010 (fax)
www.kbklawyers.com
ms@kbklawyers.com

---

**From:** David Silbert [mailto:DSilbert@KVN.com]
**Sent:** Monday, August 10, 2009 3:01 PM
**To:** Michael Storti
**Subject:** Almeida v. Google

Hi Michael:

Here's a revised proposed stipulation, which I think you'll be happy with.  If

so, you can sign for us and file.  Give me a call if you'd like to discuss.

**David J. Silbert**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
dsilbert@kvn.com
www.kvn.com

This message is intended only for the use of the people to whom it is addressed.  The message is confidential, and may contain attorney-client information, attorney work product or other privileged information.  If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is prohibited.  If you received this message in error, please notify the sender by hitting the "Reply" button, then delete the message.

10/13/2009