# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Case No. C-08-02088-RMW**  **JUDGE: Ronald M. Whyte**  **DATE: October 30, 2009**  **TIME IN: *20 mins.***

**DAVID ALMEIDA                    -V- GOOGLE, INC.**
**Title**

**M. Storti**                                **D. Silbert, A. Bertenthal**
**Attorneys Present (Plaintiff)**           **Attorneys Present (Defendant)**

**COURT CLERK: Jackie Garcia**              **COURT REPORTER: Lee-Anne Shortridge**

## PROCEEDINGS

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from the parties. The Court took this matter under submission. The Court to send out a ruling to the parties. The matter is deemed submitted.