UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>        Defendant. | CASE NO: C05-03649 JW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3-6-2006

                          Ms. Cindy L. ~~Hanson~~son
                          CLRB Hanson Industries d/b/a Industrial Printing

Dated: 3-8-2006

                          Michele Fried Raphael
                          Wolf Popper LLP
                          845 Third Avenue, 12th Floor
                          New York, NY 10022

Doc. 151821