UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>     Defendant. | CASE NO: C05-03649 JW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)  Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2)  Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/26/06

                        Howard Stern

Dated: 3/1/06

                         Michele Fried Raphael
                         Wolf Popper LLP
                         845 Third Avenue, 12th Floor
                         New York, NY 10022

3168-1707 151822.1