UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO: C05-03649 JW <br><br> **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

   __x__  have not yet reached an agreement to an ADR process
   __x__  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  __April 3, 2006__

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lester L. Levy <br> Michele F. Raphael <br> Wolf Popper LLP | CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern | (212) 759-4600 | llevy@wolfpopper.com <br> mraphael@wolfpopper.com |
| David T. Biderman <br> Judith B. Gitterman <br> Perkins Coie LLP | Google, Inc. | (415) 344-7000 <br> (310) 788-9900 | DBiderman@perkinscoie.com <br> JGitterman@perkinscoie.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: __March 9, 2006__                  /s/
                                                Attorney for Plaintiff

Dated: __March 9, 2006__                  /s/
                                                Attorney for Defendant

Doc. 152032