| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | CHRISTA M. ANDERSON - #184325 |
| 2 | DAVID J. SILBERT - #173128 |
| | REBEKAH PUNAK - #248588 |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Defendant |
| | GOOGLE INC., a Delaware corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated, | Case No. C 08-02088 RMW |
| Plaintiff, | **DECLARATION OF REBEKAH PUNAK IN SUPPORT OF GOOGLE INC.'S MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Dept:     6 <br> Judge:    Hon. Ronald M. Whyte |
| | Date Comp. Filed:    April 22, 2008 |
| | Trial Date: None set. |

468435.01

DECLARATION OF REBEKAH PUNAK IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION AND
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-02088 RMW

I, REBEKAH PUNAK, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an associate at Keker & Van Nest, LLP, counsel for defendant Google Inc. ("Google").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of January 19, 2010 Complaint filed in *Largo Cargo Co. v. Google Inc.*, 5:10-cv-00241-JF.

4. Attached hereto as Exhibit B is a true and correct copy of the April 22, 2008 Complaint filed in *Almeida v. Google Inc.*, Case No. 5:08-cv-2088-RM

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on February 22, 2010 in San Francisco, California.

                                        */s/ Rebekah Punak*
                                        REBEKAH PUNAK

1
DECLARATION OF REBEKAH PUNAK IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-02088 RMW

468435.01