**E-FILED on**   4/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C-08-02088 RMW<br><br>JUDGMENT |

On April 1, 2010, the court dismissed plaintiff's complaint with prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:   4/1/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-02088 RMW
CCL

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Alfredo Torrijos | at@kbklawyers.com |
| Brian Stephen Kabateck | bsk@kbklawyers.com |
| Michael Vincent Storti | ms@kbklawyers.com |

**Counsel for Defendant:**

| | |
|---|---|
| Daralyn J. Durie | ddurie@durietangri.com |
| David Jason Silbert | djs@kvn.com |
| Ryan Marshall Kent | rkent@durietangri.com |
| Alyse Deborah Bertenthal | abertenthal@kvn.com |
| Christa M. Anderson | canderson@kvn.com |
| Leo Patrick Norton | lnorton@cooley.com |
| Rebekah Leigh Punak | rpunak@kvn.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/1/10               CCL
                                  **Chambers of Judge Whyte**

*United States District Court*
*For the Northern District of California*